# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

LORALEE IMES, parent and guardian ad litem for C.I., a minor,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

Defendant.

CASE NO. C16-1401-JCC-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. No. 17) on Defendant's unopposed motion for remand (Dkt. No 16), along with the relevant record, hereby FINDS and ORDERS:

(1) The Court ADOPTS the report and recommendation (Dkt. No. 17);

(2) The matter is REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence six of 42 U.S.C. § 405(g);

(3) This Court retains jurisdiction over this action;

(4) After remand, the Commissioner shall modify or affirm the Commissioner's findings of fact or the Commissioner's decision, or both, and shall file with the Court any such additional or modified findings of fact and decision;

(5) If the outcome still is not fully favorable to Plaintiff, the Commissioner shall file with the Court a transcript of the additional record and testimony on which the Commissioner's action in modifying or affirming is based, and Plaintiff may seek judicial review by reinstating this case rather than by filing a new complaint; and

(6) If the outcome is favorable to Plaintiff, the parties shall move this Court for entry of judgment.

DATED this 18th day of April 2017.

John C. Coughenour
UNITED STATES DISTRICT